IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :    1:22CR374-1 |
| JERMAINE ANTOINE CARRINGTON | : |

FILED
NOV 28 2022
IN THIS OFFICE
Clerk U. S. District Court
Greensboro, N.C.
By

The Grand Jury charges:

COUNT ONE

From on or about March 23, 2019, continuing up to and including on or about April 5, 2019, the exact dates to the Grand Jurors unknown, in the County of Guilford, in the Middle District of North Carolina, and elsewhere, JERMAINE ANTOINE CARRINGTON, in and affecting interstate commerce, did knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means, Child Victim, an individual whose identity is known to the Grand Jurors and who was then under 18 years of age, having had a reasonable opportunity to observe Child Victim and knowing and in reckless disregard that Child Victim was under the age of 18 years and knowing and in reckless disregard that Child Victim would be caused to engage in a commercial sex act; in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2) and (c).

## COUNT TWO

From on or about at least July 12, 2019, continuing up to and including on or about until March 19, 2020, the exact dates to the Grand Jurors unknown, in the County of Guilford, in the Middle District of North Carolina, and elsewhere, JERMAINE ANTOINE CARRINGTON did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means, a person, Victim A, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion, and any combination of such means, would be used to cause Victim A to engage in a commercial sex act; in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1).

DATED: November 28, 2022

SANDRA J. HAIRSTON
United States Attorney

BY: NICOLE R. DUPRE
Assistant United States Attorney

A TRUE BILL:

FOREPERSON